▓▓▓ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO TORRIENTE, Appellant. [46 NYS3d 794]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered April 16, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Mazzarelli, Andrias, Feinman and Gesmer, JJ.

▓▓▓ BOARD OF MANAGERS OF HARBOR POINTE AT SHOREHAVEN CONDOMINIUM III, Respondent, v JANICE I. HIDALGO MELENDEZ, Appellant, et al., Defendants. ADAM PLOTCH, Nonparty Respondent. [46 NYS3d 794]—Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered on or about July 30, 2015, which, after a traverse hearing, denied defendant Janice I. Hidalgo Melendez's motion to vacate a default judgment of foreclosure and sale, unanimously affirmed, without costs.

We decline to disturb the hearing court's credibility-based determination that defendant's blanket denial of receipt of every document in this action failed to rebut the affidavits of service and testimony of plaintiff's process server (*see Matter of de Sanchez*, 57 AD3d 452 [1st Dept 2008]). Defendant's contentions that the hearing court improperly allocated the burden of proof and improperly admitted evidence are unpreserved, and we decline to reach them. Were we to reach these contentions, we would find them unavailing. Concur—Friedman, J.P., Mazzarelli, Andrias, Feinman and Gesmer, JJ.